AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Furay, Catherine J. | U.S. Bankruptcy Court, Western District of Wisconsin | 05/10/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Bankruptcy Judge (FT) | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States Courthouse
120 N. Henry Street, Room 340
Madison, WI 53703-2559

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Committee Member | Villages of Bishops Bay Architectural Review Committee |
| 2. | Member of Board of Directors and Finance Committee; Treasurer | University of Wisconsin-Eau Claire Foundation Inc. |
| 3. | Committee Member | Elections, Finance, and Online Learning Committees of the National Conference of Bankruptcy Judges |
| 4. | Chairman of the Board and Past-President of Certification Oversight Comm. | Turnaround Management Association |
| 5. | Global TMA Board of Trustees Member | Turnaround Management Association |
| 6. | Education Advisory Commitee for Central States Bankruptcy Conference | American Bankruptcy Institute |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 1/2/2018 | LexisNexis - compensation for updating Construction Law treatise | $2,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Steinhilber Swanson, LLC - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Turnaround Management Association | 02/06/18 - 02/08/2018 | Las Vegas, NV | TMA Distressed Investing Conference and Certification Oversight Committee Meeting | Transportation, meals, lodging, tuition |
| 2. | American Bankruptcy Institute | 06/07/18 - 06/09/18 | Lake Geneva, WI | ABI Central States Bankruptcy Workshop | Transportation, lodging |
| 3. | Turnaround Management Association | 09/24/18 - 09/26/18 | Colorado Springs, CO | TMA Annual Meeting and Certification Oversight Committee Meeting | Transportation, lodging, tuition |
| 4. | National Conference of Bankruptcy Judges | 10/27/18 - 10/30/18 | San Antonio, TX | NCBJ 2018 Annual Meeting | Transportation, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/10/2019 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | *See note in Part VIII | | $0.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | American Express | Credit Card | J |
| 3. | Visa | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank Account The Park Bank* | | None | | | Closed | 01/02/18 | J | | |
| 2. Bank Account Middleton Community Bank, n/k/a Monona Bank | A | Interest | K | T | | | | | |
| 3. The Peoples Community Bancshares | A | Interest | J | T | | | | | |
| 4. Mitzvah LLC | | None | M | U | | | | | |
| 5. Bank Account Towne Bank | A | Interest | J | T | | | | | |
| 6. INVESTMENT ACCOUNT #1 (UBS): (H) | | | | | | | | | |
| 7. - Cash (UBS) | A | Interest | J | T | | | | | |
| 8. - ABB LTD (ABB) | A | Dividend | | | Sold (part) | 01/11/18 | J | A | |
| 9. | | | | | Sold (part) | 02/21/18 | J | A | |
| 10. | | | | | Sold | 12/14/18 | J | A | |
| 11. - America Movil (AMX) | | None | | | Sold (part) | 01/11/18 | J | A | |
| 12. | | | | | Sold (part) | 02/21/18 | J | A | |
| 13. | | | | | Sold | 05/08/18 | J | A | |
| 14. - Amgen Inc. (AMGN) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 15. | | | | | Sold (part) | 02/21/18 | J | A | |
| 16. - Apple Inc. (AAPL) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 17. | | | | | Sold (part) | 02/21/18 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Banco Santander (SAN) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 19. | | | | | Sold (part) | 02/21/18 | J | A | |
| 20. | | | | | Sold (part) | 05/11/18 | J | A | |
| 21. - Capital One Financial Corp (COF) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 22. | | | | | Sold (part) | 02/21/18 | J | A | |
| 23. - Carnival Corp New-Paired Stock (CCL) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 24. | | | | | Sold (part) | 02/21/18 | J | A | |
| 25. - Cisco Systems Inc. (CSCO) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 26. | | | | | Sold (part) | 02/21/18 | J | A | |
| 27. | | | | | Sold (part) | 05/08/18 | J | A | |
| 28. - Citigroup Inc. (C) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 29. | | | | | Sold (part) | 02/21/18 | J | A | |
| 30. - Coca Cola Co. (KO) | A | Dividend | J | T | Sold (part) | 02/21/18 | J | A | |
| 31. - Diageo PLC New (DEO) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 32. | | | | | Sold (part) | 02/21/18 | J | A | |
| 33. - Duke Energy Corp (DUK) | A | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |
| 34. | | | | | Sold (part) | 02/21/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Eaton Corp PLC (ETN) | A | Dividend | | | Sold (part) | 01/11/18 | J | A | |
| 36. | | | | | Sold (part) | 02/21/18 | J | A | |
| 37. | | | | | Sold (part) | 05/08/18 | J | A | |
| 38. | | | | | Sold | 05/11/18 | J | A | |
| 39. - Exxon Mobil Corp (XOM) | A | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |
| 40. | | | | | Sold (part) | 02/21/18 | J | A | |
| 41. - Ford Motor Co. (F) | A | Dividend | | | Buy (add'l) | 01/11/18 | J | | |
| 42. | | | | | Sold (part) | 02/21/18 | J | A | |
| 43. | | | | | Sold | 12/14/18 | J | A | |
| 44. - Halliburton Co. (HAL) | | None | | | Sold | 01/11/18 | J | A | |
| 45. - HSBC Holdings (HSBC) | A | Dividend | | | Sold (part) | 01/11/18 | J | A | |
| 46. | | | | | Sold (part) | 02/21/18 | J | A | |
| 47. | | | | | Sold | 05/08/18 | J | A | |
| 48. - McDonald's Corp. (MCD) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 49. | | | | | Sold (part) | 02/21/18 | J | A | |
| 50. - Merck & Co Inc. (MRK) | A | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |
| 51. | | | | | Sold (part) | 02/21/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Microsoft Corp. (MSFT) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 53. | | | | | Sold (part) | 02/21/18 | J | A | |
| 54. - Mondelez International Inc. (MDLZ) | A | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |
| 55. | | | | | Sold (part) | 02/21/18 | J | A | |
| 56. - Nestle (NSRGY) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 57. | | | | | Sold (part) | 02/21/18 | J | A | |
| 58. - Oracle Corp. (ORCL) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 59. | | | | | Sold (part) | 02/21/18 | J | A | |
| 60. - Qualcomm Inc. (QCOM) | A | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |
| 61. | | | | | Sold (part) | 02/21/18 | J | A | |
| 62. - Sanofi Spon ADR (SNY) | A | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |
| 63. | | | | | Sold (part) | 02/21/18 | J | A | |
| 64. - Unilever NV (UN) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 65. | | | | | Sold (part) | 02/21/18 | J | A | |
| 66. - Walt Disney Co. (DIS) | A | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |
| 67. | | | | | Sold (part) | 02/21/18 | J | A | |
| 68. - Western Union (WU) | A | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 02/21/18 | J | A | |
| 70. - Westpac Banking Ltd. (WBK) | A | Dividend | | | Buy (add'l) | 01/11/18 | J | | |
| 71. | | | | | Sold (part) | 02/21/18 | J | A | |
| 72. | | | | | Sold | 12/14/18 | J | A | |
| 73. - Wisdomtree Emerging Markets High Divid Fund ETF (DEM) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 74. | | | | | Sold (part) | 02/21/18 | J | A | |
| 75. - Wisdomtree Emerging Markets ETF (DGS) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 76. | | | | | Sold (part) | 02/21/18 | J | A | |
| 77. - SPDR Nuveen Barclays Municipal ETF (TFI) | A | Dividend | K | T | Buy (add'l) | 01/11/18 | J | | |
| 78. | | | | | Sold (part) | 02/21/18 | J | A | |
| 79. - Vaneck Vectors ETF High Yield Municipal (HYD) | A | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |
| 80. | | | | | Sold (part) | 02/21/18 | J | A | |
| 81. - VISA Inc. (V) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 82. | | | | | Sold (part) | 02/21/18 | J | A | |
| 83. - Monsanto Co. (MON) | A | Dividend | | | Sold (part) | 02/21/18 | J | A | |
| 84. | | | | | Sold | 05/08/18 | J | A | |
| 85. - Starbucks Corp. (SBUX) | A | Dividend | J | T | Sold (part) | 02/21/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Ishares MSCI ACWI (ACWI) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 87. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 88. - SPDR Nuveen Barclays Short-Term Muni (SHM) | A | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |
| 89. | | | | | Sold (part) | 02/21/18 | J | A | |
| 90. - Blackrock (BLK) | A | Dividend | | | Buy | 05/09/18 | J | | |
| 91. | | | | | Sold | 12/14/18 | J | A | |
| 92. - Eastman Chemical (EMN) | A | Dividend | | | Buy | 05/09/18 | J | | |
| 93. | | | | | Sold | 12/14/18 | J | A | |
| 94. - General Electric (GE) | A | Dividend | | | Buy | 01/11/18 | J | | |
| 95. | | | | | Sold (part) | 02/21/18 | J | A | |
| 96. | | | | | Sold | 10/30/18 | J | A | |
| 97. - iShares Core S&P 500 ETV (IVV) | A | Dividend | J | T | Buy | 12/14/18 | J | | |
| 98. - Royal Dutch Shell (RDSA) | A | Dividend | J | T | Buy | 01/11/18 | J | | |
| 99. | | | | | Sold (part) | 02/21/18 | J | A | |
| 100. IRA #1 (UBS): (H) | | | | | | | | | |
| 101. - Cash (UBS) | A | Interest | J | T | | | | | |
| 102. - Abb Ltd Spon Adr (ABB) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 104.   - America Movil (AMX) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 105. | | | | | Sold (part) | 05/08/18 | J | C | |
| 106.   - Amgen Inc. (AMGN) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 107. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 108.   - Apple Inc. (AAPL) | A | Dividend | K | T | Sold (part) | 01/11/18 | J | A | |
| 109. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 110.   - Banco Santander (SAN) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 111. | | | | | Sold (part) | 05/11/18 | J | A | |
| 112. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 113.   - Capital One Financial Corp (COF) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 114. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 115.   - Carnival Corp New-Paired Stock (CCL) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 116. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 117.   - Cisco Systems Inc. (CSCO) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 118. | | | | | Sold (part) | 05/08/18 | J | B | |
| 119. | | | | | Buy (add'l) | 12/27/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Citigroup Inc. (C) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 121. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 122.  - Coca Cola Co. (KO) | A | Dividend | K | T | Buy (add'l) | 01/11/18 | J | | |
| 123. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 124.  - Diageo PLC New GB Spon ADR (DEO) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 125. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 126.  - Duke Energy Corp (DUK) | A | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |
| 127. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 128.  - Eaton Corp PLC (ETN) | A | Dividend | | | Sold (part) | 01/11/18 | J | A | |
| 129. | | | | | Sold (part) | 05/08/18 | J | A | |
| 130. | | | | | Sold | 05/11/18 | J | A | |
| 131.  - Exxon Mobil Corp (XOM) | A | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |
| 132. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 133.  - Ford Motor Co. (F) | A | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |
| 134. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 135.  - General Electric Co. (GE) | A | Dividend | | | Buy (add'l) | 01/11/18 | J | | |
| 136. | | | | | Sold | 10/30/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Halliburton Co. (HAL) | | None | | | Sold | 01/11/18 | J | A | |
| 138. - HSBC Holdings PLC New GB Spon ADR (HSBC) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 139. | | | | | Sold (part) | 05/08/18 | J | A | |
| 140. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 141. - McDonald's Corp. (MCD) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 142. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 143. - Merck & Co Inc. New Com (MRK) | A | Dividend | K | T | Buy (add'l) | 01/11/18 | J | | |
| 144. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 145. - Microsoft Corp. (MSFT) | A | Dividend | K | T | Sold (part) | 01/11/18 | J | B | |
| 146. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 147. - Mondelez International Inc. (MDLZ) | A | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |
| 148. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 149. - Nestle S A Spon ADR REPSTG Reg SHS Switz (NSRGY) | A | Dividend | K | T | Sold (part) | 01/11/18 | J | A | |
| 150. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 151. - Oracle Corp. (ORCL) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 152. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 153. - Qualcomm Inc. (QCOM) | A | Dividend | K | T | Buy (add'l) | 01/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Furay, Catherine J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 155. - Sanofi Spon ADR (SNY) | A | Dividend | K | T | Buy (add'l) | 01/11/18 | J | | |
| 156. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 157. - Schlumberger Ltd. Netherlands Antilles (SLB) | A | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |
| 158. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 159. - Unilever NV Y SHS New Netherlands Spon ADR (UN) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 160. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 161. - Walt Disney Co. (DIS) | A | Dividend | K | T | Buy (add'l) | 01/11/18 | J | | |
| 162. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 163. - Western Union Co (WU) | A | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |
| 164. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 165. - Westpac Banking Ltd Spon ADR Australia ADR (WBK) | B | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |
| 166. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 167. - Wisdomtree Emerging Markets High Divid Fund ETF (DEM) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 168. | | | | | Buy (add'l) | 02/23/18 | J | | |
| 169. - Wisdomtree Emerging Markets ETF (DGS) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 170. | | | | | Buy (add'l) | 02/23/18 | J | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Blackstone Group Lp (BX) | B | Dividend | K | T | Sold (part) | 01/11/18 | J | A | |
| 172. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 173. - Ishares Core U.S. Aggregate Bond ETF (AGG) | D | Dividend | M | T | Buy (add'l) | 01/11/18 | K | | |
| 174. - Pimco 0-5 High Yield Corp. Bond Index ETF (HYS) | B | Dividend | K | T | Buy (add'l) | 01/11/18 | J | | |
| 175. - Powershares Senior Loan (BKLN) | B | Dividend | K | T | Buy (add'l) | 01/11/18 | J | | |
| 176. - Vanguard Charlotte FDS Total Intl Bond Index Fund ETF (BNDX) | A | Dividend | K | T | Buy (add'l) | 01/11/18 | J | | |
| 177. - Visa Inc. (V) | A | Dividend | K | T | Sold (part) | 01/11/18 | J | A | |
| 178. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 179. - Monsanto Co. (MON) | A | Dividend | | | Sold (part) | 01/11/18 | J | A | |
| 180. | | | | | Sold | 05/08/18 | J | A | |
| 181. - Daimler AG Unsponsored ADR (DMLRY) | | None | | | Sold | 01/11/18 | J | A | |
| 182. - Glaxo SmithKline PLC ADR (GSK) | A | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |
| 183. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 184. - Johnson Ctls Intl PLC (JCI) | A | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |
| 185. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 186. - Roche Hldg Ltd Spons ADR Switz ADR (RHHBY) | A | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |
| 187. | | | | | Buy (add'l) | 12/27/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  - Starbucks Corp (SBUX) | A | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |
| 189. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 190.  - VF Corp (VFC) | A | Dividend | | | Sold (part) | 01/11/18 | J | A | |
| 191. | | | | | Sold | 05/08/18 | J | A | |
| 192.  - Ishares Short-Term Corporate Bond Fund (ISGB)* | C | Dividend | L | T | Buy | 01/11/18 | J | | |
| 193.  - Anheuser Busch Inbev Spon ADR (BUD) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 194. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 195.  - Blackrock Inc (BLK) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 196. | | | | | Buy (add'l) | 05/11/18 | J | | |
| 197. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 198.  - Daimler AG Spon ADR (DDAIY) (X) | A | Dividend | J | T | Buy (add'l) | 05/09/18 | J | | |
| 199. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 200.  - Eastman Chemical Co. (EMN) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 201. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 202.  - Ingersoll-Rand PLC (IR) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 203. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 204.  - Royal Dutch Shell PLC CL A Spon ADR (RDSA) | A | Dividend | J | T | Buy | 01/11/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 206. - Tencent (TCEHY) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 207. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 208. - Telefonica S A Spon ADR (TEF) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 209. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 210. IRA #2 (UBS): (H) | | | | | | | | | |
| 211. - Cash (UBS) | A | Interest | J | T | | | | | |
| 212. - Abb Ltd Spon Adr (ABB) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 213. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 214. - America Movil (AMX) | | None | | | Sold (part) | 01/11/18 | J | A | |
| 215. | | | | | Sold | 05/08/18 | J | A | |
| 216. - Amgen Inc. (AMGN) | A | Dividend | K | T | Sold (part) | 01/11/18 | J | A | |
| 217. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 218. - Apple Inc. (AAPL) | A | Dividend | K | T | Sold (part) | 01/11/18 | J | A | |
| 219. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 220. - Banco Santander (SAN) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 221. | | | | | Sold (part) | 05/11/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 223. - Capital One Financial Corp (COF) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 224. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 225. - Carnival Corp New-Paired Stock (CCL) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 226. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 227. - Cisco Systems Inc. (CSCO) | A | Dividend | K | T | Sold (part) | 01/11/18 | J | A | |
| 228. | | | | | Sold (part) | 05/08/18 | J | C | |
| 229. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 230. - Citigroup Inc. (C) | A | Dividend | K | T | Sold (part) | 01/11/18 | J | A | |
| 231. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 232. - Coca Cola Co. (KO) | A | Dividend | K | T | Buy (add'l) | 01/11/18 | J | | |
| 233. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 234. - Diageo PLC New GB Spon ADR (DEO) | A | Dividend | K | T | Sold (part) | 01/11/18 | J | A | |
| 235. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 236. - Duke Energy Corp. (DUK) | A | Dividend | K | T | Buy (add'l) | 01/11/18 | J | | |
| 237. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 238. - Eaton Corp PLC (ETN) | A | Dividend | | | Sold (part) | 01/11/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 05/08/18 | J | A | |
| 240. | | | | | Sold | 05/11/18 | J | A | |
| 241.  - Exxon Mobil Corp (XOM) | A | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |
| 242. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 243.  - Ford Motor Co. (F) | B | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |
| 244. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 245.  - General Electric Co. (GE) | A | Dividend | | | Buy (add'l) | 01/11/18 | J | | |
| 246. | | | | | Sold | 10/30/18 | J | A | |
| 247.  - Halliburton Co. (HAL) | | None | | | Sold | 01/11/18 | J | B | |
| 248.  - HSBC Holdings PLC New GB Spon ADR (HSBC) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 249. | | | | | Sold (part) | 05/08/18 | J | A | |
| 250. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 251.  - McDonald's Corp. (MCD) | A | Dividend | K | T | Sold (part) | 01/11/18 | J | A | |
| 252. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 253.  - Merck & Co Inc. New Com (MRK) | A | Dividend | K | T | Buy (add'l) | 01/11/18 | J | | |
| 254. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 255.  - Microsoft Corp. (MSFT) | A | Dividend | K | T | Sold (part) | 01/11/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 257.   - Mondelez International Inc. (MDLZ) | A | Dividend | K | T | Buy (add'l) | 01/11/18 | J | | |
| 258. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 259.   - Nestle S A Spon ADR REPSTG Reg SHS Switz (NSRGY) | A | Dividend | K | T | Sold (part) | 01/11/18 | J | A | |
| 260. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 261.   - Oracle Corp. (ORCL) | A | Dividend | K | T | Sold (part) | 01/11/18 | J | A | |
| 262. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 263.   - Qualcomm Inc. (QCOM) | A | Dividend | L | T | Buy (add'l) | 01/11/18 | J | | |
| 264. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 265.   - Sanofi Spon ADR (SNY) | A | Dividend | K | T | Buy (add'l) | 01/11/18 | J | | |
| 266. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 267.   - Schlumberger Ltd. Netherlands Antilles (SLB) | A | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |
| 268. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 269.   - Unilever NV Y SHS New Netherlands Spon ADR (UN) | A | Dividend | K | T | Sold (part) | 01/11/18 | J | A | |
| 270. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 271.   - Walt Disney Co. (DIS) | A | Dividend | K | T | Buy (add'l) | 01/11/18 | J | | |
| 272. | | | | | Buy (add'l) | 12/27/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Western Union Co (WU) | A | Dividend | K | T | Buy (add'l) | 01/11/18 | J | | |
| 274. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 275. - Westpac Banking Ltd Spon ADR Australia ADR (WBK) | B | Dividend | K | T | Buy (add'l) | 01/11/18 | J | | |
| 276. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 277. - Wisdomtree Emerging Markets High Divid Fund ETF (DEM) | A | Dividend | K | T | Sold (part) | 01/11/18 | J | A | |
| 278. | | | | | Buy (add'l) | 02/23/18 | J | | |
| 279. - Wisdomtree Emerging Markets ETF (DGS) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 280. | | | | | Buy (add'l) | 02/23/18 | J | | |
| 281. - Blackstone Group Lp (BX) | B | Dividend | K | T | Sold (part) | 01/11/18 | J | A | |
| 282. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 283. - Ishares Core U.S. Aggregate Bond ETF (AGG) | D | Dividend | N | T | Buy (add'l) | 01/11/18 | K | | |
| 284. - Pimco 0-5 High Yield Corp. Bond Index ETF (HYS) | B | Dividend | K | T | Buy (add'l) | 01/11/18 | J | | |
| 285. - Powershares Senior Loan (BKLN) | B | Dividend | K | T | Buy (add'l) | 01/11/18 | J | | |
| 286. - Vanguard Charlotte FDS Total Intl Bond Index Fund ETF (BNDX) | B | Dividend | K | T | Buy (add'l) | 01/11/18 | J | | |
| 287. - Visa Inc. (V) | A | Dividend | K | T | Sold (part) | 01/11/18 | J | B | |
| 288. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 289. - Monsanto Co. (MON) | A | Dividend | | | Sold (part) | 01/11/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold | 05/08/18 | J | A | |
| 291.  - Daimler AG Spon ADR (DDAIY)* | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 292. | | | | | Buy (add'l) | 05/09/18 | J | | |
| 293. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 294.  - Glaxo Smithkline PLC ADR (GSK) | A | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |
| 295. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 296.  - Johnson Ctls Intl PLC (JCI) | A | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |
| 297. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 298.  - Roche Hldg Ltd Spons ADR Switz (RHHBY) | A | Dividend | K | T | Buy (add'l) | 01/11/18 | J | | |
| 299. | | | | T | Buy (add'l) | 12/27/18 | J | | |
| 300.  - Starbucks Corp (SBUX) | A | Dividend | K | T | Buy (add'l) | 01/11/18 | J | | |
| 301. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 302.  - VF Corp (VFC) | A | Dividend | | | Sold (part) | 01/11/18 | J | A | |
| 303. | | | | | Sold | 05/08/18 | J | A | |
| 304.  - Ishares Short-Term Corporate Bond ETF (ISGB)* | C | Dividend | M | T | Buy (add'l) | 01/11/18 | J | | |
| 305.  - Anheuser Busch Inbev Spon ADR (BUD) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 306. | | | | | Buy (add'l) | 12/27/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Blackrock Inc. (BLK) | A | Dividend | K | T | Buy | 05/09/18 | K | | |
| 308. | | | | | Buy (add'l) | 05/11/18 | J | | |
| 309. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 310. - Eastman Chemical Co. (EMN) | A | Dividend | J | T | Buy | 05/09/18 | K | | |
| 311. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 312. - Ingersoll-Rand PLC (IR) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 313. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 314. - Royal Dutch Shell PLC CL A Spon ADR (RDSA) | A | Dividend | J | T | Buy | 01/11/18 | J | | |
| 315. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 316. - Tencent (TCEHY) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 317. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 318. - Telefonica S A Spon ADR (TEF) | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 319. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 320. Extendquip LLC | | None | K | U | | | | | |
| 321. State of Wisconsin Life Insurance | A | Dividend | J | T | | | | | |
| 322. Wisconsin Retirement System Dept of Employee Trust Funds | A | Interest | J | T | | | | | |
| 323. IRA #3 (UBS): (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - Cash (UBS) | | None | J | T | | | | | |
| 325. - Barclays Bank PLC Trigger PS DXJ | | None | | | Redeemed | 08/31/18 | K | B | |
| 326. - UBS AG Trigger PS EM EQTY BSKT | | None | | | Redeemed | 08/31/18 | K | A | |
| 327. - Goldman Sachs Group, Inc. Airbag PS UKX | | None | | | Redeemed | 10/31/18 | J | A | |
| 328. - Credit Suisse AG Airbag PS SPTSX60 | | None | J | T | | | | | |
| 329. - JP Morgan Chase Financial T-ISS SPX | | None | K | T | | | | | |
| 330. - GS Finance Corp T-SS SPX | | None | K | T | | | | | |
| 331. - Barclays Bank T-Gears SPX | | None | K | T | Buy | 03/26/18 | K | | |
| 332. - Barclays PLC T-Gears VWO | | None | J | T | Buy | 03/26/18 | J | | |
| 333. - GS Finance T-Gears SX5E | | None | K | T | Buy | 03/27/18 | K | | |
| 334. - HSBC USA CT-Gears SPX | | None | K | T | Buy | 03/26/18 | K | | |
| 335. - Royal Bank of Canada CT-Gears SX5E | | None | K | T | Buy | 03/27/18 | K | | |
| 336. IRA #4 (UBS): (H) | | | | | | | | | |
| 337. - Cash (UBS) | A | Interest | J | T | | | | | |
| 338. - Barclays Bank PLC Trigger PS DXJ | | None | | | Redeemed | 08/31/18 | K | A | |
| 339. - UBS AG Trigger PS EM EQTY BSKT | | None | | | Redeemed | 08/31/18 | K | A | |
| 340. - Goldman Sachs Group, Inc. Airbag PS UKX | | None | | | Redeemed | 10/31/18 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - Credit Suisse AG Airbag PS SPTSX60 | | None | K | T | | | | | |
| 342. - JP Morgan Chase Financial T-ISS SPX | | None | K | T | | | | | |
| 343. - GS Finance Corp T-SS SPX | | None | K | T | | | | | |
| 344. - Barclays Bank T-Gears SPX | | None | K | T | Buy | 03/26/18 | K | | |
| 345. - Barclays Bank T-Gears VWO | | None | K | T | Buy | 03/26/18 | K | | |
| 346. - GS Finance Corp T-Gears SX5E | | None | K | T | Buy | 03/28/18 | K | | |
| 347. - HSBC USA CT-Gears SPX | | None | K | T | Buy | 03/26/18 | K | | |
| 348. - Royal Bank of Canada CT-Gears SX5E | | None | K | T | Buy | 03/27/18 | K | | |
| 349. 401k ACCOUNT (ING): (H) | | | | | | | | | |
| 350. Lincoln Financial Group Annuity 401k* | A | Int./Div. | | | Closed | 05/18/18 | N | | |
| 351. IRA #5 (UBS): (H) | | | | | | | | | |
| 352. - Cash (UBS) | | None | L | T | | | | | |
| 353. - ACAP Strategic Fund | C | Int./Div. | M | T | Buy (add'l) | 06/26/18 | K | | |
| 354. - Skybridge Multi-Advisor | C | Int./Div. | M | T | Buy (add'l) | 07/03/18 | L | | |
| 355. - Blackstone Real Estate | C | Dividend | M | T | Buy | 06/26/18 | M | | |
| 356. IRA #6 (UBS): (H) | | | | | | | | | |
| 357. - Cash (UBS) | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - ACAP Strategic Fund | C | Int./Div. | L | T | | | | | |
| 359. - Skybridge Multi-Advisor | C | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V. Gifts. During 2018, friends sent me gifts of art, jewelry, and memorabilia. I have no reason to believe that any of these items exceeded the $375 limit. If I should learn otherwise, I will amend this form.

Part VII. Investments and Trusts.

Line 192 - formerly Ishares 1-3 Year Credit Cond ETF (CSJ)

Line 291 - formerly Daimler AG Unsponsored ADR (DMLRY)

Line 304 - formerly Ishares 1-3 Yr Credit Bond ETF (CSJ)

Line 350 - This annuity was closed and the funds were transferred to IRA #5.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Catherine J. Furay**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544